IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA GARCIA,

    Plaintiff,

vs.                        Civ. No. 19-641 JAP/LF

MICHAEL MARTINEZ, ET AL.,

    Defendants.

## PARTIAL FINAL JUDGMENT

Having granted the MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO COUNTS I–IV (Doc. No. 31) by a Memorandum Opinion and Order entered contemporaneously with this Partial Final Judgment,

IT IS HEREBY ORDERED that partial final judgment is entered in favor of Defendants on Counts I–IV of Plaintiff's Complaint (Doc. No. 1, Ex. A), which are dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE